GIBSON *v.* FLEISHBEIN, JUDGE.

[No. 28,982. Filed October 7, 1952.]

*Hugh T. Gibson, pro se.*

PER CURIAM.—The relator, appearing pro se, files an instrument entitled "Relator's Petition for Writ of Mandate" whereby he seeks to compel certain action by the respondent Judge.

The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is therefore denied.

NOTE.—Reported in 108 N. E. 2d 57.